Otto J. Lang, as Ancillary Executor, etc., Respondent, *v.* The Houston, West Street and Pavonia Ferry Railroad Company, Appellant.

(Argued January 24, 1895; decided February 8, 1895.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 12, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*John J. Townsend* for appellant.

*George W. Hopkins* for respondent.

Agree to affirm ; no opinion.
All concur, except Finch and Gray, JJ., not voting.
Judgment affirmed.

———

Mary Wiley, an Infant, etc., Respondent, *v.* The Long Island Railroad Company, Appellant.

(Argued January 24, 1895; decided February 8, 1895.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, made February 12, 1894, which reversed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit and ordered a new trial.

*William C. Beecher* for appellant.

*Isaac H. Maynard* for respondent.

Agree to affirm and judgment absolute ordered against plaintiff; no opinion.
All concur, except Gray and Bartlett, JJ., dissenting.
Order affirmed and judgment accordingly.